AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE District of Delaware

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Greenwood, Delaware

**SEARCH WARRANT**

CASE NUMBER: 07-125 M

**REDACTED**

TO: Task Force Officer Ronald Marzec  and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Task Force Officer Ronald Marzec___ who has reason to
                                                            Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
103 Sussex Avenue Greenwood, Delaware

in the _____ District of Delaware _____ there is now
concealed a certain person or property, namely (describe the person or property)
2005 Acura TL, Delaware registration 248675, VIN# 19UUA66235A063350

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___July 30, 2007___
                                                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___Hon. Mary Pat Thynge, U.S. Magistrate Judge___
as required by law.                                                                                                       U.S. Judge or Magistrate

July 23, 2007 at 11:11 a.m.                                          at  Wilmington, Delaware
Date and Time Issued                                                         City and State

Hon. Mary Pat Thynge, U.S. Magistrate Judge
Name and Title of Judicial Officer                                      Signature of Judicial Officer

FILED
JUL 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INVENTORY MADE IN THE PRESENCE OF

TFO Tyndall

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

(1) 2005 Acura TL
  VIN# 19UUA66235A063350

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date

_____  7/30/07
U.S. Judge or Magistrate   Date